United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Felix Hasson, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action H-25-2621 |
| | § | |
| Jaylen Davis, et al., | § | |
| *Defendants*. | § | |

## ORDER

The Joint Motion to Continue Scheduling Conference, ECF No. 10, is **GRANTED IN PART**. The initial conference is reset to October 16, 2025, at 10:30 a.m.

Signed at Houston, Texas, on September 5, 2025

_____
Peter Bray
United States Magistrate Judge

1