IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **FELIX HASSON** | ) ) ) |
| *Plaintiff,* | ) ) Case No. 4:25-cv-2621 |
| v. | ) ) |
| **JAYLEN DAVIS** | ) ) ) |
| and | ) ) |
| **RYAN CROCKETT** | ) ) ) |
| *Defendant.* | ) ) ) |

## NOTICE OF DISMISSAL

Plaintiff Felix Hasson and Defendant Ryan Crockett, by and through their undersigned counsel, hereby notice the Court that they have stipulated to a dismissal with prejudice as a matter of right pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Additionally, Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Felix Hasson hereby notices this Court that he voluntarily dismisses with prejudice all claims against Defendant Jaylen Davis.

Date: February 11, 2026

Respectfully submitted,

  /s/      *Matthew Mainen*
Matthew Mainen
Federal Bar No. MD0200
National Jewish Advocacy Center
3 Times Square
New York, NY 10036

Phone: (301) 814-9007
Email: matt@njaclaw.org
Counsel for Plaintiff

*/s/ C. Anderson Parker*
C. Anderson Parker
Federal Bar No. 567726
Texas State Bar No. 24046584
andy@psd.law

PARKER SÁNCHEZ & DONNELLY, PLLC 700 Louisiana St, Ste 4520 Houston, TX 77002 (713) 659-7200 (Telephone) (713) 659-7203 (Facsimile)
Counsel for Defendants